IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: <br><br> JULIO MORALES ROSARIO <br> NILDA FRAGOSO VALENTIN <br><br> DEBTORS | CASE NO. 19-02057 MCF <br><br> CHAPTER 13 |

**NOTICE OF WITHDRAWAL**
**RE: PROOF OF CLAIM NO. 5 FILED BY THE DEBTORS**

TO THE HONORABLE COURT:

**NOW COME, JULIO MORLES ROSARIO and NILDA FRAGOSO VALENTIN,** the Debtors in the above captioned case, through the undersigned attorney, and very respectfully state and pray as follows:

1. On July 11, 2019, the Debtors filed Proof of Claim No. 5 on behalf of creditor Autoridad para el Financiamiento de la Vivienda de Puerto Rico.

2. The Debtors hereby withdraw the above-mentioned document.

**I CERTIFY** that on this same date a copy of this notice was sent via electronically with the Clerk of the Court using CM/ECF systems which will send notifications of such to the Chapter 13 Trustee; and also certify that I have mailed by United States Postal Service copy of this motion to Debtors to their address of record.

**RESPECFULLY SUBMITTED**. In San Juan, Puerto Rico, this 16th day of December, 2019.

/s/ Roberto A. Figueroa Colón
ROBERTO A. FIGUEROA COLON
USDC #300105
FIGUEROA & SERRANO, PSC
PO BOX 1635
GUAYNABO PR 00970-1635
TEL NO. 787-470-7699
EMAIL: rfigueroa@fslawpr.com